THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAWNA WALKER,

        Plaintiff,

  v.

UNITED STATES OF AMERICA, et. al.,

        Defendants.

No. C11-1700-RSL

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**Noted for Hearing on March 13, 2013**

## **STIPULATION**

On February 5, 2013, this Court entered an Order of Dismissal (Dkt. 18), which indicated that the "dismissal shall be <u>without prejudice</u> to the right of any party upon good cause shown within ninety (90) days hereof to reopen this cause if the reported settlement is not consummated." *Id.* (emphasis added)

The parties, by and through their counsel of record, represent that they have consummated a settlement of this action. Accordingly, pursuant to FRCP 41(a)(1), the parties

//

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE  [No. C11-1700-RSL]- 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

stipulate that Plaintiff Shawna Walker's claims against all defendants shall be dismissed <u>with prejudice</u> and without an award of costs or fees to either party.

Respectfully submitted on this <u>13th</u> day of March, 2013.

| | |
|---|---|
| JENNY A. DURKAN<br>United States Attorney | FAUBION REEDER FRALEY & COOK, P.S. |
| *s / David R. East*<br>David R. East<br>Assistant United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-1018<br>Fax: 206-553-4073<br>E-mail: David.East@usdoj.gov | *s / Nelson C. Fraley, II*<br>Nelson C. Fraley, II<br>5920 100th St. SW, Suite 25<br>Lakewood, Washington 98499<br>Phone: 253-581-0660<br>Fax: 1-253-581-0894<br>E-mail: Nfraley@fjr-Law.Com<br><br>*Attorney for Plaintiff* |
| *Attorneys for Defendants* | |

## <u>ORDER</u>

THIS MATTER having come before the Court by stipulation and Order of the parties:

IT IS HEREBY Ordered that plaintiff Shawna Walker's claims against all defendants are dismissed <u>with</u> <u>prejudice</u> and without an award of costs or fees to either party.

Dated this 14th day of March, 2013.

*[signature]*

Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE [No. C11-1700-RSL]- 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970