THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAWNA WALKER,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, et. al.,<br><br>                    Defendants. | No. C11-1700-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>**Noted for Hearing on March 13, 2013** |

## **STIPULATION**

On February 5, 2013, this Court entered an Order of Dismissal (Dkt. 18), which indicated that the "dismissal shall be <u>without prejudice</u> to the right of any party upon good cause shown within ninety (90) days hereof to reopen this cause if the reported settlement is not consummated." *Id.* (emphasis added)

The parties, by and through their counsel of record, represent that they have consummated a settlement of this action.  Accordingly, pursuant to FRCP 41(a)(1), the parties

//

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE  [No. C11-1700-RSL]- 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1  stipulate that Plaintiff Shawna Walker's claims against all defendants shall be dismissed <u>with</u>

2  <u>prejudice</u> and without an award of costs or fees to either party.

4  Respectfully submitted on this <u>13</u>th day of March, 2013.

6  JENNY A. DURKAN  
United States Attorney

FAUBION REEDER FRALEY & COOK, P.S.

7  *s / David R. East*

*s / Nelson C. Fraley, II*

8  David R. East  
Assistant United States Attorney  
9  700 Stewart Street, Suite 5220  
Seattle, Washington  98101-1271  
10  Phone: 206-553-1018  
Fax: 206-553-4073  
11  E-mail: David.East@usdoj.gov

Nelson C. Fraley, II  
5920 100th St. SW, Suite 25  
Lakewood, Washington  98499  
Phone: 253-581-0660  
Fax: 1-253-581-0894  
E-mail: Nfraley@fjr-Law.Com

*Attorney for Plaintiff*

13  *Attorneys for Defendants*

## **ORDER**

THIS MATTER having come before the Court by stipulation and Order of the parties:

IT IS HEREBY Ordered that plaintiff Shawna Walker's claims against all defendants are dismissed <u>with</u> <u>prejudice</u> and without an award of costs or fees to either party.

Dated this 14th day of March, 2013.

*[signature]*

Robert S. Lasnik  
United States District Judge

STIPULATION AND ORDER OF DISMISSAL  
WITH PREJUDICE  [No. C11-1700-RSL]- 2